United States District Court
Southern District of Texas
**ENTERED**
August 31, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JULIAN DE LA GARZA-ZUNIGA, | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-16-52 |
| | § | CRIMINAL NO. B-13-553-1 |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

# ORDER

On July 5, 2016, the United States Magistrate Judge filed a Report and Recommendation [Doc. No. 5]. Petitioner has objected [Doc. Nos. 8] to said Report and Recommendation.

Having considered *de novo* the Magistrate Judge's Report and Recommendation and the issues raised by Petitioner's objections, the Court hereby adopts the Magistrate Judge's Report and Recommendation [Doc. No. 5]. It also notes that Petitioner's objections, while filed late, were considered but found to be meritless. Therefore, Petitioner Julian De La Garza-Zuniga's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 [Doc. No. 1] is denied as meritless and the issuance of a Certificate of Appealability is denied.

Signed this 31st day of August, 2016.

Andrew S. Hanen
United States District Judge